MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
First Assistant United States Attorney

CHRISTINE Y. WONG (NYBN 3988607)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7301
    Facsimile: (415) 436-6753
    E-Mail: christine.wong@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-0333 SI |
| v. | NOTICE OF DISMISSAL |
| CESAR SANCHEZ, and RODRIGO SANCHEZ, | ORDER |
| Defendants. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: September 21, 2011                Respectfully submitted,

                                              MELINDA HAAG
                                              United States Attorney

                                                /s/
                                              BRIAN J. STRETCH
                                              First Assistant United States Attorney

NOTICE OF DISMISSAL (CR 11-0333 SI)

Leave is granted to the government to dismiss the indictment.

Date: _____9/21/11_____  _____
HON. SUSAN ILLSTON
United States District Judge